UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIARA PHILLIPS

    Plaintiff,

- v -

PROFESSIONAL DEBT MEDIATION, INC.
dba PROFESSIONAL DEBT ME, and NIC, INC.
dba NEMO'S INVESTIGATIONS & COLLECTIONS

    Defendants.

---

Case No. 22 Civ. 03444 (PGG)

## ORDER OF VOLUNTARY REMAND

1. On April 28, 2022 Defendants Professional Debt Mediation, Inc. d/b/a Professional Debt Me, and NIC, Inc. d/b/a Nemo's Investigations & Collections ("Defendants") filed with this Court a Notice of Removal pursuant to 28 U.S.C. 1441(a).

2. The Notice of Removal was filed in error as both Defendants did not consent to its filing.

3. The action must, therefore, be remanded to the New York County Supreme Court.

Dated: New York, New York
       May 13, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge